# GUNTHER & PATEL
## A LIMITED LIABILITY COMPANY
### ATTORNEYS AND COUNSELORS AT LAW

VIPUL T. PATEL, ESQ.

**2843 N. FRONT STREET | SUITE 201 | HARRISBURG, PA 17110**

PHONE: 717.830.0833
FACSIMILE: 717.294.0432

EMAIL: VIPUL@THEGPLAWFIRM.COM
WEBSITE: WWW.THEGPLAWFIRM.COM

JANUARY 14, 2022

*VIA ECF*

The Honorable Jennifer P. Wilson, District Judge
United States District Court
Middle District of Pennsylvania

  RE: Jimmet Joseph v. Pilot Travel Centers LLC, et al.
     (No. 1:21-CV-01837-JPW)

Dear Judge Wilson:

  I am writing to advise you that the Parties in the above-referenced civil action have reached an agreement to resolve this matter. At this time, the Parties request that the deadlines in the above-captioned action be stayed and that the Court process this case as closed for statistical purposes only, pending the Parties filing a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

We appreciate your consideration of our request. Should you have any questions, please contact me at (717) 830-0833.

        Respectfully yours,

        /s/ Vipul T. Patel_____
        Vipul T. Patel

CERTIFICATE OF SERVICE

      I, Vipul T. Patel, hereby certify that the foregoing has been filed electronically and is available for viewing and downloading through the Court's Electronic Case Filing (ECF) System. Upon the electronic filing of a pleading or other document, the Court's ECF System will automatically generate and send a Notice of Electronic Filing to all Filing Users associated with that case. Transmission of the Notice of Electronic Filing constitutes service of the filed document pursuant to Standing Order No. 05-6, ¶12.2.1.

      Respectfully submitted,

      Gunther & Patel, LLC

| | |
|---|---|
| January 14, 2022 | /s/ Vipul T. Patel |
| Date | Vipul T. Patel (PA 328462) |
| | vipul@thegplawfirm.com |
| | 2843 N. Front Street, Suite 201 |
| | Harrisburg, PA 17110 |
| | (717) 830-0833 |
| | (717) 294-0432 (FAX) |

*Counsel for Plaintiff*