# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMMET JOSEPH, | CIVIL ACTION |
| Plaintiff, | Case No. 1:21-cv-01837-JPW |
| v. | Jury Trial Demanded |
| PILOT TRAVEL CENTERS LLC, et al., | *Electronically Filed* |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties stipulate to dismissal of this civil action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice.

Respectfully submitted,

| | |
|---|---|
| GUNTHER & PATEL, LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Vipul T. Patel | /s/ Taylor E. Gillan |
| Vipul T. Patel, Esquire | Taylor E. Gillan, Esquire |
| PA I.D. # 328462 | PA I.D. # 322873 |
| vipul@thegplawfirm.com | taylor.gillan@ogletree.com |
| 2843 N. Front Street, Suite 201 | One PPG Place, Suite 1900 |
| Harrisburg, PA 17110 | Pittsburgh, PA 15222 |
| (717) 830-0833 | (412) 394-3333 |
| Counsel for Plaintiff | Counsel for Defendant |

Dated: March 8, 2022